120 A.3d 277

Jay YUNIK, Appellant

v.

John E. WETZEL, Department of Corrections,
Employee's, Appellees.

Supreme Court of Pennsylvania.

June 3, 2015.

### ORDER

PER CURIAM.

**AND NOW,** this 3rd day of June, 2015, the Notice of Appeal is hereby **QUASHED.**